LAWYERS FOR JUSTICE

July 29, 2026

DENIED. The Court will adjourn the conference once the parties make the required pre-conference filings.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 19.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: July 28, 2026

VIA ECF

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
SubramanianNYSDChambers@nysd.uscourts.gov
New York, NY 10007

Re: Boyd v. Municipal Credit Union, 1:26-cv-03633(AS)

Dear Judge Subramanian:

Pursuant to your Honor's Individual Practices in Civil Cases, we write jointly with Defendant to respectfully request that the Initial Pretrial Conference, currently scheduled for August 6, 2026 (ECF No. 5), be adjourned to October 1, 2026, or to another date convenient for the Court.

Defendant filed its Answer to Plaintiff's First Amended Complaint on July 15, 2026. The requested adjournment will provide the parties with additional time to comply with the Court's Notice of Initial Pretrial Conference (ECF No. 5), conduct settlement-related discovery, and engage in meaningful settlement discussions. This is the parties' first request to adjourn the conference; no prior request has been granted or denied. All parties consent to the requested adjournment, and the parties are unaware of any other deadlines that would be affected.

Respectfully submitted,

*/s/ Jonathan Apsan*

Jonathan Apsan, Esq.

cc: All Counsel of Record (via ECF)

SO ORDERED.

____________________

Honorable Arun Subramanian