UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chantel Boyd,

Plaintiff,

-against-

Municipal Credit Union,

Defendant.

26-CV-3633 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Clerk of Court is respectfully directed to terminate Dkt. 8 as moot, given plaintiff's amended complaint, Dkt. 14.

SO ORDERED.

Dated: August 6, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge